UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONYA KOHLER,<br><br>        Plaintiff,<br><br>-against-<br><br>CAPITAL ONE BANK (USA),<br>NATIONAL ASSOCIATION D/B/A<br>KOHL'S AND TRANS UNION, LLC,<br><br>        Defendant. | 21-cv-4503 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On June 29, 2021, the parties in the above-captioned case informed the Court that they had reached a settlement. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

Dated: New York, NY

June 3d, 2021

_____
JED S. RAKOFF, U.S.D.J.

1